| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | ORDER |
| ) | |
| JOHNNY RAY ADAMS ) | |
| Defendant. ) | |

Johnny Ray Adams ("Adams") has filed another motion seeking amendment of his Presentence Report to indicate that he has a continuing drug abuse problem, and to recommend that he be afforded the benefit of the BOP's 500-hour intensive drug treatment program. The undersigned denied this same request by order filed February 23, 2011. The court commends Adams for participating in an in-house substance abuse program. However, the court declines, again, to direct the Probation Office to amend his Presentence Report.

For the foregoing reasons, as well as those stated in previous orders, Adams's Motion to Amend Presentence Report [DE-57] is DENIED.

SO ORDERED.

This the 7th day of March, 2011.

JAMES C. FOX
Senior United States District Judge